PARAMOUNT DISCOUNT CORPORATION v. DANIEL REISMAN and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless the appellant

procure the record on appeal and appellants' points to be filed on or before October 23, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.